

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00107-CV

**IN RE** Stephen Patrick **BLACK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: May 15, 2019

ORIGINAL PROCEEDING DISMISSED

On April 10, 2019, the trial court granted relator's "Motion to Terminate State Counsel for Offenders and Invoke the *Faretta* Right to Self-Representation." Accordingly, on April 23, 2019, we ordered relator to file either a petition for writ of mandamus that fully complies with Texas Rule of Appellate Procedure 52.3 if he desired to pursue his request for mandamus relief or a motion to dismiss this original proceeding.

On May 3, 2019, relator filed a motion to dismiss stating, "the subject matter of this mandamus was resolved, wherein Relator now represents himself pro se in his court of commitment." We grant the motion and dismiss this original proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In the Commitment of Stephen Patrick Black*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.